In the Matter of the Application of the FEDERAL UNION SURETY COMPANY, Appellant, to Be Relieved from Liability on the Bond of HARRY S. DEWEY, as Receiver of the Property of the Firm of DIXON & DEWEY.

EUSTACE CONWAY, as Substituted Receiver, et al., Respondents.

(Submitted June 1, 1914; decided June 9, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 211 N. Y. 549.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM D. PINDAR, Appellant.

(Submitted June 1, 1914; decided June 9, 1914.)

Motion for re-argument denied.   (See 210 N. Y. 191.)

---

MARY E. PRITCHETT, Respondent, *v.* SOLOMON RICHMAN, Appellant.

(Submitted June 1, 1914; decided June 9, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 211 N. Y. 559.)